Joshua P. Friedman, Esq., S.B. #216261
Joshua P. Friedman and Associates, Inc.
23679 Calabasas Road, #377
Calabasas, CA 91302
Phone (310) 278-8600
Facsimile (310) 388-5421

Attorneys for Plaintiff/Judgment Creditor,
The Lincoln National Life Insurance Company

## U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Lincoln National Life Insurance Company,<br><br>          Plaintiff,<br><br>     vs.<br><br>Charles Seven,<br><br>          Defendants. | Case No.:<br>SA 10-cv-00245 AG (RNBx)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

    Judgment debtor Charles Seven ("Judgment Debtor"), having judgment entered against Judgment Debtor on July 14, 2010;

    NOW, upon application of The Lincoln National Life Insurance Company ("Judgment Creditor"), and upon declaration that Judgment Debtor has failed to pay the total amount of said judgment; and that Judgment Debtor is endebted to Judgment Creditor.

    Judgment against Charles Seven is hereby renewed in the amount of $698,668.63 and The Lincoln National Life Insurance Company shall recover as follows:

1  Judgment as entered:
2      a.   Principal ................................................................................$681,003.75
3      b.   Judgment Interest ...........................................................................$0.00
4      c.   Costs ...............................................................................................$444.80
5      d.   Attorney Fees .............................................................................$17,220.08
6  Subtotal (Judgment as entered) .............................................................$698,668.63
7      e.   Less credits after judgment ...........................................................$0.00
8      f.   Interest after judgment ...................................................................$0.00
9      g.   Costs after judgment .....................................................................$0.00
10 GRAND TOTAL ....................................................................................$698,668.63

13 DATED:  June 25, 2020          *Sharon Hall Brown* (signature)
14                                                  DEPUTY CLERK

17 Presented by:

    Joshua P. Friedman and Associates, Inc.

21 BY:  *Joshua Friedman* (signature)
22 Joshua P. Friedman, Attorney for Plaintiff/
23 Judgment Creditor, The Lincoln National
   Life Insurance Company

25 KIRY K. GRAY, CLERK OF UNITED STATES DISTRICT COURT